UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY WILSON

       Plaintiff,

v.                                          Case No. 06-13141

GERALD J. SMITH, et al,

       Defendant.
_____/

**ORDER OF DISMISSAL**

On August 17, 2006, the court issued an "Order to Show Cause" directing Plaintiff to show cause why his complaint should not be (1) dismissed for failure to meet the pleading requirements of Federal Rule of Civil Procedure 8(a) or (2) dismissed or transferred for improper venue. In that order, the court ordered Plaintiff to respond in writing no later that August 30, 2006. (8/17/06 Order at 2.)[1] Plaintiff has failed to respond to the court's order. Accordingly,

       IT IS ORDERED that Plaintiff's case is DISMISSED.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: August 31, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 31, 2006, by electronic and/or ordinary mail.

                                                 S/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522

---

[1] The court issued an amended order on August 22, 2006, correcting a clerical error in the caption of the original order but not altering anything substantive.